In the Matter of the Judicial Settlement of the Account of CHARLES T. HARBECK et al., as Executors, etc.

(Argued March 21, 1895; decided April 9, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 12, 1894, which affirmed a decree of the surrogate of the city and county of New York upon judicial settlement of the accounts of the petitioners, as executors and trustees under the will of Ella Flagg, deceased.

*J. Tredwell Richards* for appellants.

*Samuel S. Thomas* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.